IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL WILLIAMS

    Petitioner,　　　　　　　　No. CIV S-08-0179 GEB EFB P

  vs.

ROSEANNE CAMPBELL, et al.

    Respondents.　　　　　　　ORDER

                            /

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court sitting in Fresno. Local Rule 3-120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court sitting in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number.

/////

/////

1

1       3. The Clerk shall give notice to petitioner of the new case number and all future filings

2   shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

6   DATED: March 6, 2008.

        */s/ Edmund F. Brennan*
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE