UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL WILLIAMS, | ) | 1:08-cv-00325 AWI YNP DLB (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| ROSANNE CAMPBELL, et al., | ) | [Doc. #30] |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in a habeas proceeding. See e.g. Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. Denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert denied, 469 U.S. 823 (1984). However, Title 19 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that

Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: **June 19, 2009**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE